JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TAM TRONG NGUYEN, | ) | NO. SA CV 14-1557-JGB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 4, 2015.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE